# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                                         CASE NO. 3:01cr91-02/RV

LEROY ALEXANDER MINOTT

## REFERRAL AND ORDER

Referred to Senior Judge Roger Vinson on __February 19, 2009__
Motion/Pleadings: __Motion to Dismiss Indictment__
Filed by __United States__ on __2/18/2009__ Doc.# __63__
RESPONSES:

                                                    on _____ Doc.# _____
                                                    on _____ Doc.# _____

____ Stipulated       ____ Joint Pldg.
____ Unopposed       ____ Consented

                                           WILLIAM M. McCOOL, CLERK OF COURT

                                           s/Jerry Marbut
LC (1 OR 2)                          Deputy Clerk: Jerry Marbut

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 19th day of February, 2009, that:*

*(a) The relief requested is GRANTED, without prejudice.*

*(b)* _____

                                                  /s/ *Roger Vinson*
                                                    ROGER VINSON
                                            Senior United States District Judge